IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THE LAMPO GROUP, LLC D/B/A RAMSEY SOLUTIONS, | ) ) ) | |
| Plaintiff, | ) ) | NO. 3:18-cv-01402 JUDGE RICHARDSON |
| v. | ) ) | |
| KEVIN HELMUT PAFFRATH, THE PAFFRATH ORGANIZATION, and MEETNDONE CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

For the reasons discussed in the accompanying Memorandum Opinion, Defendants' Motion for Leave to File Anti-SLAPP Motion (Doc. No. 29) is **DENIED**.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE