THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC d/b/a ) <br> RAMSEY SOLUTIONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEVIN HELMUT PAFFRATH, THE ) <br> PAFFRATH ORGANIZATION, and ) <br> MEETNDONE CORPORATION, ) <br> ) <br> Defendants. ) | NO. 3:18-cv-01402 <br> JUDGE RICHARDSON |

## ORDER

In light of the Court's granting of the parties' Joint Motion for Entry of Agreed Order of Dismissal (Doc. No. 119), the other motions pending in this action (Doc. Nos. 24, 72, 80, 96, and 116) are **DENIED** as moot.

The clerk is directed to close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE